UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALE COSENZA, ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 18-CV-10936-TSH |
| ) | |
| CITY OF WORCESTER, Massachusetts, ) | |
| KERRY HAZELHURST, JOHN ) | |
| DOHERTY, T.J. COAKLEY, MARK ) | |
| RICHARDSON, ALLAN BURNES, ) | |
| DANIEL BENEDICT, BRIAN ) | |
| DONOHUE, ROBERT TURGEON, and ) | |
| AS-YET UNKNOWN WORCESTER ) | |
| POLICE OFFICERS, ) | |
| Defendants ) | |

### DEFENDANTS' UNCONTESTED MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES

Defendants, City of Worcester (City), Kerry Hazelhurst, John Doherty, T.J. Coakley, Mark Richardson, Allan Burnes, Daniel Benedict, Brian Donohue and Robert Turgeon, hereby move this Court, pursuant to Local Rule 7.1(B)(4), for leave to file a memorandum in support of the Defendants' Motion to Dismiss in excess of twenty pages, without objection from Plaintiff.

There are many issues to be addressed in the Defendants' memorandum in this matter that alleges four counts in the nature of federal civil rights violations against nine Defendants. Although Defendants will be conservative as much as possible in the submission, in order to thoroughly address all pertinent issues with regard to all of the Defendants, Defendants' memorandum is expected to total more than twenty pages, and is anticipated to total approximately thirty pages.

WHEREFORE, Defendants, without objection, hereby move this Court for leave to file a memorandum in excess of twenty pages.

        CITY OF WORCESTER, KERRY
        HAZELHURST, JOHN DOHERTY,
        T. J. COAKLEY, MARK RICHARDSON,
        ALLAN BURNES, DANIEL BENEDICT,
        BRIAN DONOHUE and
        ROBERT TURGEON

        By their attorneys,
        David M. Moore
        City Solicitor

        */s/ Wendy L. Quinn*
        Wendy L. Quinn (BBO#653954)
        Assistant City Solicitor
        455 Main Street, Room 201
        Worcester, MA  01608
        (508) 799-1161
        quinnwl@worcesterma.gov

## CERTIFICATE OF LOCAL RULE 7.1 CONFERENCE

I, the undersigned, hereby certify that I conferred with Plaintiff's counsel in good faith to resolve or narrow the issues presented by this Motion and, as a result, Plaintiff's counsel has indicated that he does not object.

        */s/ Wendy L. Quinn*
        Wendy L. Quinn
        Assistant City Solicitor

## CERTIFICATE OF SERVICE

I, Wendy L. Quinn, hereby certify that on this 7th day of June, 2018, I served the within Defendant's Uncontested Motion for Leave to File Memorandum in Excess of Twenty Pages upon Plaintiff by providing a copy of the same to Plaintiff's counsel of record via the United States District Court's electronic notification system.

        */s/ Wendy L. Quinn*
        Wendy L. Quinn
        Assistant City Solicitor