IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALE COSENZA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 4:18 CV 10936 TSH |
| ) | |
| CITY OF WORCESTER, Massachusetts, ) | |
| KERRY HAZELHURST, JOHN ) | |
| DOHERTY, T.J. COAKLEY, MARK ) | |
| RICHARDSON, ALLAN BURNES, ) | |
| DANIEL BENEDICT, BRIAN ) | |
| DONOHUE, ROBERT TURGEON, and ) | |
| AS-YET UNKNOWN WORCESTER ) | |
| POLICE OFFICERS, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants. ) | |
| ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

NOW COMES Plaintiff, NATALE COSENZA, by and through his attorneys, Loevy & Loevy, and hereby moves for an extension of time until Tuesday, July 17, 2018, to respond to Defendants' Motion to Dismiss (Dkt. Nos. 39, 40). In support of this motion, Plaintiff states as follows:

1. On June 19, 2018, Defendants filed a motion to dismiss along with a supporting memorandum (Dkt. Nos. 39, 40). Plaintiff's response is due July 3, 2018.

2. Due to both personal and professional commitments (a Summary Judgment Response due June 27 and a previously planned vacation for the Fourth of July holiday), Plaintiff's counsel is unable to file his response by the deadline.

3. In addition, Plaintiff's counsel would like additional time to confer with Plaintiff before filing.

4.  Plaintiff respectfully requests an extension until July 17, 2018, in which to respond to Defendants' Motion to Dismiss.

5.  Plaintiff's counsel has conferred with counsel for the defense, and Defendants do not oppose this request.

6.  This motion is brought in good faith and will not prejudice any party.

Respectfully submitted,

/s/     Tara Thompson
*One of Plaintiff's Attorneys*

| | |
|---|---|
| Arthur Loevy | Chauncey Wood |
| Jon Loevy | Wood & Nathanson, LLP |
| Gayle Horn | 50 Congress Street |
| Tara Thompson | Suite 600 |
| Steve Art | Boston, MA  02109 |
| Debra Loevy | O: 617.248.1806 |
| LOEVY & LOEVY | F: 866.807.4618 |
| 311 N. Aberdeen St., 3rd Fl. | cwoodesq@gmail.com |
| O: 312.243.5900 | |
| F: 312.243.5902 | |
| debra@loevy.com | |

## CERTIFICATE OF SERVICE

I, Tara Thompson, an attorney, certify that on June 26, 2018, I caused the foregoing Plaintiff's Motion for an Extension of Time to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Tara Thompson
Attorney for Plaintiff