0/2/20 9     Loevy & Loevy - Cosenza v. Worcester, Case No. 18 CV 10936 - Plaintiff's First Set of Interrogatories and Document Requests

Case 4:18-cv-10936-TSH Document 82-1 Filed 10/02/19 Page 1 of 1



Tara Thompson <​███████████>

# Cosenza v. City of Worcester, Case No. 18 CV 10936 - Plaintiff's First Set of Interrogatories and Document Requests

**Quinn, Wendy L. - Law Dept.** ███████████████████████████     Wed, May 29, 2019 at 4:39 PM
To: Tara Thompson ███████████████ "Gould, Kevin" ████████████
Cc: Chauncey Wood ███████████████████, Jon Loevy ███████████████>, Steven Art <███████████>, Gayle Horn <███████████>, Monica Fuentes <███████████>

Tara,

You may not be aware, but in Massachusetts, Local Rule 26.1(c) limits interrogatories to 25 and document requests to 2 sets for each side. Since Plaintiff has propounded 15 interrogatories to each of the 8 individual defendants, for a total of 120, and requests documents from those 8 defendants and the City, for a total of 9 sets, Plaintiff has grossly exceeded the limits. Please revise the discovery requests in accordance with the Local Rule.

Thank you.

Wendy



[Quoted text hidden]

Exhibit A