UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NATALE COSENZA,<br>Plaintiff<br><br>v.<br><br>CITY OF WORCESTER, Massachusetts,<br>KERRY HAZELHURST, JOHN<br>DOHERTY, T.J. COAKLEY, MARK<br>RICHARDSON, ALLAN BURNES,<br>DANIEL BENEDICT, BRIAN<br>DONOHUE, ROBERT TURGEON,<br>DAVID GRADY, DARLENE<br>ROCHEFORD and AS-YET UNKNOWN<br>WORCESTER POLICE OFFICERS,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 18-CV-10936-TSH |

## NOTICE OF APPEARANCE

To the Clerk of This Court:

    Please enter my appearance on behalf of Defendants Kerry Hazelhurst and John Doherty in the above-entitled matter.

                                              By their attorneys,
                                              Michael E. Traynor
                                              City Solicitor

                                              */s/ Nicholas S. Cantrell*
                                              Nicholas S. Cantrell (BBO #707947)
                                              Assistant City Solicitor
                                              City Hall, Room 301
                                              455 Main Street
                                              Worcester, MA  01608
                                              (508) 799-1161
                                              CantrellN@worcesterma.gov

2

CERTIFICATE OF SERVICE

I, Nicholas S. Cantrell, hereby certify that, on this 19th day of July, 2022, the within Notice of Appearance was served upon all counsel of record through this Court's electronic filing system as identified on the Notice of Electronic Filing, and there are no non-registered participants.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Nicholas S. Cantrell*
　　　　　　　　　　　　　　　　　　　　　　　Nicholas S. Cantrell
　　　　　　　　　　　　　　　　　　　　　　　Assistant City Solicitor