UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NATALE COSENZA,
    Plaintiff,

    v.

TOWN OF WAKEFIELD ET AL,
    Defendants.

CIVIL ACTION
No. 18-10936-TSH

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE **TIMOTHY S. HILLMAN**

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On __08/03/2022__, I held the following ADR proceeding:

| | | |
|---|---|---|
| ____ SCREENING CONFERENCE | | ____ EARLY NEUTRAL EVALUATION |
| __X__ MEDIATION | | ____ SUMMARY BENCH / JURY TRIAL |
| ____ MINI-TRIAL | | ____ SETTLEMENT CONFERENCE |

All parties were present and represented by counsel.
The case was:

[ ]    Settled. Your clerk should enter a ____ order of dismissal.

[ ]    There was progress made, and the parties will report back in which how they would like to proceed.

[X]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:
_____.
_____.

__08/03/2022__                                                                         /s/ Judith G. Dein
DATE                                                                                     U.S. Magistrate Judge