UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATALE COSENZA,  )  <br>　　　　Plaintiff  )  <br>　　　　　　　　　　　　　　) <br>v.　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　) <br>KERRY HAZELHURST and   ) <br>JOHN DOHERTY,　　　　　 ) <br>　　　　Defendants  )  | C.A. No. 18-CV-10936-TSH |

DEFENDANTS' MOTION FOR LEAVE TO FILE
MEMORANDUM IN EXCESS OF TWENTY PAGES

　　　Defendants, Kerry Hazelhurst and John Doherty, hereby move this Court, pursuant to Local Rule 7.1(b)(4), for leave to file a memorandum in support of the Defendants' Renewed Motion for Judgment as a Matter of Law After Trial and Alternative Motion for a New Trial in excess of twenty pages.

　　　There are many issues to be addressed in the Defendants' memorandum in this matter seeking to set aside the jury verdict returned against Det. Hazelhurst as to suppression and fabrication, and conspiracy against both Defendants Hazelhurst and Doherty.  Although Defendants will be conservative as much as possible in the submission, in order to thoroughly address all pertinent issues with regard to all of the counts, Defendants' memorandum is expected to total more than twenty pages, and total approximately thirty pages.

WHEREFORE, Defendants hereby move this Court for leave to file a memorandum in excess of twenty pages.

KERRY HAZELHURST
JOHN DOHERTY

By their attorneys,
Michael E. Traynor
City Solicitor

/s/ Wendy L. Quinn
Wendy L. Quinn, Esq. (BBO#653954)
Courtney E. Mayo, Esq. (BBO#657790)
Special Assistant City Solicitors
Hassett & Donnelly, P.C.
446 Main Street, 12th Floor
Worcester, MA 01608
(508) 791-6287
wquinn@hassettdonnelly.com

## CERTIFICATE OF LOCAL RULE 7.1 CONFERENCE

I, the undersigned, hereby certify that I attempted to confer with Plaintiff's counsel in good faith to resolve or narrow the issues presented by this Motion, but I did not receive a response to my correspondence.

/s/ Wendy L. Quinn
Wendy L. Quinn
Assistant City Solicitor

## CERTIFICATE OF SERVICE

I, Wendy L. Quinn, hereby certify that on this 11th day of October, 2022, I served the within Defendants' Motion for Leave to File Memorandum in Excess of Twenty Pages upon Plaintiff by providing a copy of the same to Plaintiff's counsel of record via the United States District Court's electronic notification system.

/s/ Wendy L. Quinn
Wendy L. Quinn
Assistant City Solicitor
