# HASSETT | DONNELLY

FILED IN CLERKS OFFICE
FEB 17 '23 PM 2:29 USDC MA

446 Main Street
12th Floor
Worcester, MA 01608
Telephone: (508) 791-6287
Facsimile: (508) 791-2652
www.hassettdonnelly.com

**Wendy L. Quinn**
wquinn@hassettdonnelly.com

February 15, 2023

United States Court of Appeals
For the First Circuit
Attn. Clerk's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

United States District Court
For the District of Massachusetts (Worcester)
Attn. Clerk's Office
Donohue Federal Courthouse
595 Main St.
Worcester, MA 01608

Re:   <u>Natale Cosenza v. Kerry Hazelhurst et al.</u>
      District Court No. 18-CV-10936-TSH
      Appeal No. 23-1123

Dear Sir or Madam:

Enclosed in connection with the above-captioned appeal, please find the Appellants' Transcript Order Form, which was electronically filed today with the First Circuit and emailed to the Court Reporter, Ms. Kusa-Ryll.

Thank you for your attention to this matter.

Very truly yours,

*Wendy L. Quinn*

Wendy L. Quinn, Esquire

cc:   Counsel for Appellee, Loevy & Loevy
      Enclosure

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  Natale Cosenza v. City of Worcester et al.
District Court Case No.  18-CV-10936-TSH            District of Massachusetts  ☑
Date Notice of Appeal filed  02/01/22023            Court of Appeals Case No.  23-1123
Form filed on behalf of  Kerry Hazelhurst and John Doherty

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)  Portions of Jury trial, days 2-6, 9/26/22-9/30/22, Docs. 250, 259-68

## TRANSCRIPT ORDER

Name of Court Reporter  Marianne Kusa-Ryll
Phone Number of Reporter  508-929-9900, justicehill@aol.com

A.  ✔  This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☒ Opening Statement (plaintiff) | 9/26/22 |
| ☒ Opening Statement (defendant) | 9/26/22 |
| ☒ Trial | 9/26-29/22 |
| ☒ Closing Argument (plaintiff) | 9/30/22 |
| ☒ Closing Argument (defendant) | 9/30/22 |
| ☐ Findings of Fact/Conclusions of Law | |
| ☒ Jury Instructions | 9/30/22 |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☒ Pretrial proceedings (specify) _____ | Final pretrial conference on 9/22/22 |
| ☐ Testimony (specify) _____ | |
| ☒ Other (specify) _____ | Hearing on motion for summary judgment on 9/20/21 |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.  ✔  I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☒ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  Wendy L. Quinn                    Filer's Signature  /s/ Wendy L. Quinn
Firm/Address  446 Main St., 12th Fl, Worcester 01608    Filer's Email address  wquinn@hassettdonnelly.com
Telephone number  508-791-6287                  Date mailed to court reporter  2/15/23

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                                          SEE INSTRUCTIONS ON REVERSE

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following counsel of record for the Appellee are registered as ECF Filers and that they will be served by the CM/ECF system:

Chauncey B. Wood
Jonathan Loevy
Gayle Horn
Mark Loevy-Reyes
Steven Art
Locke E. Bowman
Megan Pierce

/s/ *Wendy L. Quinn*
Wendy L. Quinn